```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

CHARLES CREW and MICHAEL T. STORY,  )    3:10-cv-00313-ECR-VPC
                                    )
         Plaintiffs,                )    MINUTES OF THE COURT
                                    )
vs.                                 )    DATE: August 18, 2011
                                    )
TRUCKEE-CARSON IRRIGATION           )
DISTRICT; WALT WINDER,              )
individually and in his official    )
capacity as Watermaster/O&M         )
Foreman; KATE RUTAN, individually   )
and in his official capacity        )
as Hydro Electric/Dam Release       )
Manager,                            )
                                    )
         Defendants.                )
                                    )

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN          Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

     Plaintiffs make various claims stemming from their alleged wrongful termination from employment with the Truckee-Carson Irrigation District.

     On December 28, 2010, Defendants filed a motion (#20) for summary judgment or, in the alternative, motion for summary adjudication (the "MSJ"). On January 19, 2011, Plaintiffs filed a motion (#21) to extend time to respond to the MSJ. On January 20, 2011, we issued an order (#22) granting Plaintiffs' motion (#21) to extend time to respond to the MSJ. On February 23, 2011, Plaintiffs filed a second motion (#23) to extend time to respond to the MSJ. On May 2, 2011, we entered an order (#25) granting Plaintiffs' motion (#23) to extend time to respond to the MSJ and holding that failure to respond to the MSJ within twenty (20) days would result in the Court's immediate decision on the MSJ.

On May 24, 2011, Defendants filed a notice (#26) of non-opposition indicating that Plaintiffs failed to respond to the MSJ on or before May 23, 2011. We will therefore grant Defendants' motion (#20) for summary judgment or, in the alternative, motion for summary adjudication.

**IT IS, THEREFORE, HEREBY ORDERED** that Defendants' motion (#20) for summary judgment or, in the alternative, motion for summary adjudication is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion (#16) to dismiss without prejudice Plaintiffs' First Amendment claim is **DENIED** as moot.

The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By _____/s/_____
      Deputy Clerk